STATE OF WISCONSIN       CIRCUIT COURT       OZAUKEE COUNTY

---

**CONSTRUCTION FORMS, INC.,**
**777 Maritime Drive,**
**Port Washington, Wisconsin 53074**

       Plaintiff,

   vs.

**GOODALL RUBBER COMPANY OF**
**CANADA ULC**
**650 Washington Road, Suite 210**
**Pittsburgh, Pennsylvania 15225**

       Defendant.

Case No.    **10 CV 0 65 6**

Case Code: 30303
Other Contracts

FILED
OZAUKEE COUNTY, WISCONSIN

AUG  6 2010

JEFFREY S. SCHMIDT
CLERK OF COURTS

---

                        **SUMMONS**

---

**THE STATE OF WISCONSIN, TO EACH PERSON NAMED ABOVE AS A DEFENDANT:**

      You are hereby notified that the plaintiff named above has filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the legal action.

      Within 20 days of receiving this summons, you must respond with a written answer, as that term is used in chapter 802 of the Wisconsin Statutes, to the complaint. The Court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the Court, whose address is Ozaukee County Courthouse, 1201 South Spring Street, Port Washington, Wisconsin 53074, and to Erik G. Weidig of Foley & Lardner LLP, plaintiff's attorney, whose address is 777 East Wisconsin Avenue, Milwaukee, Wisconsin 53202. You may have an attorney help or represent you.

MILW_10298746.1

If you do not provide a proper answer within 20 days, the Court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

FOLEY & LARDNER LLP

By: _____

Erik G. Weidig, WBN 1038021

Attorneys for Plaintiff, CONSTRUCTION FORMS, INC.

FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.297.5509 (EGW)
414.297.4900 Facsimile

STATE OF WISCONSIN      CIRCUIT COURT      OZAUKEE COUNTY

**CONSTRUCTION FORMS, INC.,**
**777 Maritime Drive,**
**Port Washington, Wisconsin 53074**

        Plaintiff,

  vs.

**GOODALL RUBBER COMPANY OF**
**CANADA ULC**
**650 Washington Road, Suite 210**
**Pittsburgh, Pennsylvania 15225**

        Defendant.

Case No.

10 CV 0 65 6

Case Code: 30303
Other Contracts

F I L E D
OZAUKEE COUNTY, WISCONSIN

AUG 6 2010

JEFFREY S. SCHMIDT
CLERK OF COURTS

## COMPLAINT

Plaintiff, Construction Forms, Inc. ("Con Forms"), through its attorneys, Foley & Lardner LLP, for its complaint alleges as follows:

### THE PARTIES

1.     Con Forms is a Wisconsin corporation with its principal place of business at 777 Maritime Drive, Port Washington, Wisconsin 53074. Con Forms is in the business of manufacturing concrete pumping systems and abrasion resistant piping systems. Con Forms manufactures and sells abrasion resistant piping systems d/b/a CF UltraTech.

2.     Upon information and belief, Goodall Rubber Company of Canada ULC ("Goodall") is a Canadian unlimited liability company with its principal place of business at 650 Washington Road, Suite 210, Pittsburgh, Pennsylvania 15225. Upon further information and belief, Goodall is the successor in interest to Goodall Rubber Company of Canada, Ltd. Goodall is a distributor of various rubber and pipe products throughout Canada, and a subsidiary of

MILW_10298770.2

Lewis-Goetz and Company, Inc., a Pennsylvania corporation with its principal place of business also at 650 Washington Road, Suite 210, Pittsburgh, Pennsylvania 15225.

      3.     This Court has personal jurisdiction over Goodall pursuant to Wis. Stats. §§ 801.05(5) and 801.05(1)(d).

      4.     Venue of this action in Ozaukee County is proper pursuant to Wis. Stat. §§ 801.50(2)(a) and/or (c).

## FACTS

      5.     On or about July 26, 2007, Con Forms sent Goodall Customer Proposal No. 2K16898 Rev. 1 for the sale of "Ultra 600" abrasion-resistant heat inducted pipe. Following further discussion between Con Forms and Goodall, in the fall of 2007, Con Forms sent Goodall Customer Proposal No. 2K16898 Rev. 2 (the "Second Proposal") for the sale of two different types of abrasion-resistant pipe. Con Forms offered to sell Goodall 275 pieces of 20-foot Ultra 600 pipe with a wall thickness of 0.719 inches at $2,203 per piece. Con Forms also offered to sell Goodall 220 pieces of 20-foot Ultra 600 pipe with a wall thickness of 0.5 inches at $1,329 per piece. Con Forms' Second Proposal stated that shipment of the pipe would be "FOB Factory, Port Washington, WI," and that "CF Ultra Tech's Terms and Conditions of Sale apply." A true and correct copy of the Second Proposal is attached as Exhibit A.

      6.     On or about October 17, 2007, Goodall sent Con Forms Purchase Order No. 6027285 for the purchase of 220 pieces of 20-foot Ultra 600 pipe with a wall thickness of 0.719 inches, at a unit price of $2,203 and an extended price of $484,660. Goodall also ordered 40 pieces of the same 20-foot pipe without fittings, at a unit price of $1,882 and an extended price of $75,280, for a total order of $559,940. Goodall's Purchase Order directed Con Forms to ship the product directly to Goodall's customer, Inco, Ltd., in Garson, Ontario. A true and

2

correct copy of Goodall's Purchase Order is attached as Exhibit B. Con Forms verified

Goodall's order on or about October 17, 2007.

7.     On or about May 21, 2008, Con Forms began shipping the Ultra 600 pipe

to Inco, FOB Port Washington, as Goodall had directed in its Purchase Order. Due to the total

size of Goodall's order, Con Forms shipped the pipe in installments. Con Forms shipped the first

installment of Ultra 600 pipe on or about May 21, 2008. Con Forms subsequently delivered

installments of the pipe on or about May 28, 2008; June 6, 2008; June 10, 2008; June 13, 2008;

June 17, 2008; June 27, 2008; and July 8, 2008. When Con Forms shipped order installments, it

sent Goodall an invoice for each installment. True and correct copies of Con Forms' invoices to

Goodall and proofs of delivery reflecting the shipments identified above are attached as

Exhibit C.

8.     On or about June 6, 2008, Con Forms and Goodall agreed to modify

Goodall's order. The modified order canceled Goodall's purchase of certain Ultra 600 pipe and

replaced a small quantity of the remaining order with different lengths of Ultra 600 pipe. Under

the modified order, Con Forms agreed to sell and Goodall agreed to purchase Ultra 600 pipe at

an aggregate price of $484,660.

9.     On or about July 6, 2008, Goodall issued a check to Con Forms in the

amount of $77,105 as payment for Invoice No. 1133936 for the first shipment of Ultra 600 pipe

shipped on or about May 21, 2008. On or about July 21, 2008, Goodall issued a second check to

Con Forms in the amount of $77,105 for payment of Invoice No. 1134149 for the second

shipment of Ultra 600 pipe shipped on or about May 28, 2008.

10.     On or about August 5, 2008, Goodall issued a third check to Con Forms

for payment of Invoice 1134572 and Invoice 1134671 for the third and fourth shipments of Ultra

3

600 pipe shipped on or about June 6, 2008 and June 10, 2008 respectively. On or about

August 8, 2008, Con Forms discovered that Goodall had placed a stop payment order on this

check. At the time it placed the stop payment order, Goodall owed Con Forms $330,450 of the

$484,660 purchase price for the Ultra 600 pipe sold by Con Forms.

11.     Since learning of the stop payment, Con Forms has repeatedly demanded

that Goodall pay the remaining $330,450 of the purchase price for the Ultra 600 pipe that Con

Forms sold to Goodall and which Goodall accepted.

12.     Despite demand, Goodall has not paid the remaining purchase price of

$330,450 due under the parties' contract.

## CLAIM FOR RELIEF – BREACH OF CONTRACT

13.     Con Forms refers to and incorporates as though set forth in full the

allegations contained in paragraphs 1 through 12 of this Complaint.

14.     In 2007, Con Forms and Goodall entered into an agreement for the sale of

abrasion-resistant Ultra 600 pipe, as modified by the parties in 2008.

15.     Con Forms on its part agreed with Goodall to deliver the Ultra 600 pipe

that Goodall ordered.

16.     In consideration of Con Forms' promises, Goodall agreed to pay the

specified purchase price for the goods, $484,660.

17.     Con Forms has performed all of its obligations under the parties' contract.

18.     Goodall has breached the parties' contract to purchase the abrasion-

resistant Ultra 600 pipe in that Goodall has failed to pay amounts due of $330,450.

19.     By reason of Goodall's breach, Con Forms has sustained damages in the

amount of not less than $330,450 for the goods that have been manufactured and delivered to

Goodall but not paid for by Goodall.

4

WHEREFORE, plaintiff Construction Forms, Inc., requests judgment against defendant Goodall Rubber Company of Canada ULC, as follows:

a)  Damages in the sum of not less than $330,450, with interest, to compensate Con Forms for the goods that have been manufactured and delivered to Goodall, and that Goodall has refused to pay for in breach of its contract with Con Forms;

b)  Costs and attorneys' fees, and such other relief as this Court deems just and proper.

### JURY DEMAND

Con Forms hereby demands a trial by jury.

FOLEY & LARDNER LLP

By: _____
Erik G. Weidig, WBN 1038021

Attorneys for Plaintiff, CONSTRUCTION FORMS, INC.

FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.297.5509 (EGW)
414.297.4900  Facsimile

MILW_10298770.2



777 Maritime Drive • P.O. Box 308
Port Washington, WI 53074-0308
Phone: (262) 284-7800
Toll Free: (800) 223-3676
Fax: (262) 284-7878
www.cfultratech.com

**Ultra Tech**

ABRASION RESISTANT PIPING SYSTEMS

# Customer Proposal

| To: | Steve Horodesky | From: | Jeff Gilmore (262) 284-7822 |
|---|---|---|---|
| Fax: | (705) 897-2190 | Date: | July 26, 2007 — *rehwy s.ppl.se Z october.* |
| E-mail: | | Pages: | 1 |
| Company: | Goodall-Val Caron | CC: | |

**Proposal No.    2K16898 Rev 2**

For your consideration, we offer the following:

|  |  |  | Unit Price | Extended Price |
|---|---|---|---|---|
| Item  1  Qty (275) | 8 NPS x 0.719 inch WT,  20 Feet Ultra 600 SMLS Spool End #1  M/F Weld Rings  WR08 S End #2  M/F Weld Rings  WR08 S | | $2,203   US | $605,825   US |

Notes:  Min order is 5600 feet

Balance over 5000 ft requirement can be made
into other components as desired
including bends and fittings

**Lead Times**

Raw Material:  18-22 Weeks
Mfg:  5-8 weeks
Depending on shop load at time of order

| Item  2  Qty (220) | 8 NPS x 0.5 inch WT,  20 Feet Ultra 600 ERW Spool End #1  M/F Weld Rings  WR08 End #2  M/F Weld Rings  WR08 | $1,329   US | $292,380   US |
|---|---|---|---|

Please note the following:

- Quotation is valid for 30 days from date quoted.
- Shipment of this scope is currently estimated at TBD weeks after receipt of order.
- The manufacturing schedule varies with shop load. Material subject to prior sale.
- Shipment is FOB factory, Port Washington, WI; freight not included.
- There will be a $50.00 service charge - per shipment for all freight shipping Prepay & Add
- Payment terms are 25% with order, 25% before shipment, balance Net 30 days.
- Ultra 600 pipe can be up to 1% large in diameter than ASTM A53 std tolerances.
- CF Ultra Tech's Terms & Conditions of Sale apply.

**Thank You,**

**Jeff Gilmore**



EXHIBIT

A

***Confirmation ***
*Required*



**2970 Belisle Drive, Val Caron, Ontario P3N 1B3**
**Tel: (705) 897-0663   Fax: (705) 897-2190**

| Date : MA10 DA01 2007 M D Y | Purchase Order No. 6027285 |
|---|---|

| Vendor: Construction Forms | Ship To: INCO LTD, Garson Min |
|---|---|
| Vendor #/ Contact: Jeff   258000 | Warehouse, 60 Mine Rd. |
| Tel:              Fax: 262-284-7878 | Garson, ONTARIO, P3L1N6 |

| PROMISED SHIP DATE: 04 30 2008 M D Y  SHIP VIA: will advise ☐ PPD ☐ Coll. ☐ PPD/Chg | ALL INVOICES ARE TO BE MAILED DIRECTLY TO: GOODALL RUBBER 2970 BELISLE DRIVE, VAL CARON, ONTARIO P3N 1B3, |
|---|---|

| QTY | U/M | GOODALL PART NO. | SUPPLIER PART # AND/OR DESCRIPTION OF GOODS | UNIT PRICE | INTERNAL USE |
|---|---|---|---|---|---|
|  |  | 990008000600WR2 |  |  |  |
| 220 | PCS |  | 8" x 20' Ultra 600 | 2,203.00 | $484,660 |
|  |  |  | Sch 120 (.719 W.T.) |  |  |
|  |  |  | c/w M/F Weld |  |  |
|  |  |  | Ends. |  |  |
|  |  | 990008000600 PL3 |  |  |  |
| 40 | PCS |  | 8" x 20' same | 1882.00 | $75,280 |
|  |  |  | without fittings |  | $559,940 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

GST REG. NO. 102144417

| CONFIRMATION: ☐   OR NEW ORDER: ✓ | PER: Steve Thoeles BUYER / |
|---|---|

**PURCHASE ORDER NUMBER MUST APPEAR ON ALL PACKAGES, INVOICES AND PACKING SLIPS**

**Notice To Suppliers:**
Form S18R Rev.#1 (RC)1-1-00

If the price at the time of delivery differs from the ones indica...
you are requested to notify us and obtain our approval befo...

**EXHIBIT**
**B**

## Construction Forms, Inc.

CON FORMS (800) 223-3676 • ULTRA TECH (800) 626-8243
777 MARITIME DR. • P.O. BOX 308 • PORT WASHINGTON, WI 53074 USA • (262) 284-7800 • FAX (262) 284-7878
www.constructionforms.com

Currency: USD US DOLLAR

**BILL TO**
3091
JASMINE
GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

**SHIP TO**
10
INCO LTD
PASTEPLANT - GARSON MINE
GARSON MINE WAREHOUSE
GARSON ON P3L 1N6
CANADA

FAX: 705-897-2190

FOB: Port Washington
Delivery: FREIGHT COLLECT

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| 98331 | 6027285 | | | 0.00 | CALL WHEN READY | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| | | Call Steve Horodesky when ready 705-897-0663 | | | |
| 1 | PS8071H20W01 220.000 | PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR 35.000 | 185.000 | 2,203.00000 | U/M: EA 77,105.00 |

**EXHIBIT C**

THIS INVOICE REFLECTS "NET PRICES".
ANY QUESTIONS, PLEASE CALL AND ASK FOR SUE.
THANK YOU FOR YOUR BUSINESS!!

PLEASE REMIT TO:
CONSTRUCTION FORMS, INC.
3292 PAYSPHERE CIRCLE
CHICAGO, IL 60674

| | |
|---|---|
| SALES AMOUNT | 77,105.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 77,105.00 |

*NO BoL* (handwritten)  **M A N U A L   P I C K   L I S T**  *Paperwork is attached* (handwritten)

From Warehouse: PORT

```
Order:    98331                          Ship To: 10
Bill To:   3091
          JASMINE                                 INCO LTD
          GOODALL RUBBER-VAL CARON                PASTEPLANT - GARSON MINE
          2970 BELISLE DR                         GARSON MINE WAREHOUSE
          VAL CARON ON P3N 1B3                    GARSON ON P3L 1N6
          CANADA                                  CANADA


Delivery Terms: CLT              Print Date/Time: 05/21/08 13:29:54
Cust PO: 6027285                 Order Contact: Steve Horodesky
Slsperson: 200                   Taken By: JPG
Terms:   NET 30 DAYS             Ship Via: CALL WHEN READY

Line/Rel Item                              Description
Due Date U/M      Reserved       On Hand        Required
Location       Lot                                       Picked      Back Ord
----------------------------------------------------------------------------
          Call Steve Horodesky when ready
          705-897-0663
*REPRINT*
   1      PS8071H20W01                  PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR
04/30/08 EA        0.000        17.000       220.000   35    B/O/85
STOCK

          Male/Female Weld Rings

          Weight:         0.00
*REPRINT*
   2      PS8071H20PP                   PIPE 8"NPS.719"WT SMLS 20' UT600 PE/PE
04/30/08 EA        0.000         0.000        40.000

          Weight:         0.00

   Total Weight:          0.00


     THIS INVOICE REFLECTS "NET PRICES".
ANY QUESTIONS, PLEASE CALL AND ASK FOR SUE.
     THANK YOU FOR YOUR BUSINESS!!
```

# Construction Forms, Inc.

PAGE: 1
DATE: 05/21/08
SALESPERSON: 200
ORDER #: 98331
PO NUMBER: 6027285
SHIP VIA: CALL WHEN READY
TERMS: NET 30 DAYS

ON FORMS (800) 223-3676 • ULTRA TECH (800) 626-8243
777 MARITIME DR. • P.O. BOX 308 • PORT WASHINGTON, WI 53074 USA • (262) 284-7800 • FAX (262) 284-7878
www.constructionforms.com

## ** COMMERCIAL INVOICE **

**BILL TO:**

GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

**SHIP TO:**

INCO LTD
PASTEPLANT - GARSON MINE
GARSON MINE WAREHOUSE
GARSON ON P3L 1N6
CANADA

FAX: 705-897-2190
PH: 705-897-0663

| LINE | ITEM | ORDERED | SHIPPED | U/M | UNIT PRICE | EXT. PRICE |
|------|------|---------|---------|-----|-----------|-----------|
| | ORDER TEXT: | Call Steve Horodesky when ready 705-897-0663 | | | | |
| 1 | PS8071H20W01 | 220.000 | 35.000 | EA | 2,203.00000 | 77,105.00 |
| | PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR Male/Female Weld Rings | | | | | |
| 2 | PS8071H20PP | 40.000 | 0.000 | EA | 1,882.00000 | 00.00 |
| | PIPE 8"NPS.719"WT SMLS 20' UT600 PE/PE | | | | | |

I CERTIFY THIS INVOICE TO BE TRUE AND CORRECT.

SUSAN K HANSEN
BILLING ADMINISTRATOR
COMMERCIAL INVOICE
PAY IN US CURRENCY

|  |  |
|---|---|
| SALES AMOUNT | 77,105.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | 0.00 |
| TOTAL INVOICED | 77,105.00 |

NORTH AMERICAN FREE TRADE AGREEMENT
**CERTIFICATE OF ORIGIN**

Approved through 12/31/95
OMB no. 1515-0204
See back of form paper-
work Reduction Act Notice.

Please print or type                    19 CFR 181.11.181.22

| 1. EXPORTER NAME AND ADDRESS | 2. BLANKET PERIOD (DD/MM/YY) |
|---|---|
| CONSTRUCTION FORMS INC<br>777 MARITIME DRIVE<br>PORT WASHINGTON WISCONSIN 53074<br>USA<br>TAX IDENTIFICATION NUMBER:    #39-1104344 | FROM<br>1/1/2008<br>TO:<br>31/12/2008 |
| 3. PRODUCER NAME AND ADDRESS<br><br>AVAILABLE TO CUSTOMS UPON REQUEST<br><br>TAX IDENTIFICATION NUMBER: | 4. IMPORTER NAME AND ADDRESS<br>GOODALL RUBBER-VAL CARON<br>2970 BELISLE DRIVE<br>VAL CARON ONTARIO P3N 1B3<br>CANADA<br>TAX IDENTIFICATION NUMBER: |

| 5<br>DESCRIPTION OF GOOD(S) | 6<br>HS TARIFF<br>CLASSIFICATION<br>NUMBER | 7<br>PREFERENCE<br>CRITERION | 8<br>PRODUCER | 9<br>NET COST | 10<br>COUNTRY<br>OF ORIGIN |
|---|---|---|---|---|---|
| PIPES OF NONALLOY STEEL | 7306.30 | B | YES | NC | US |
| PIPE BENDS OF NONALLOY STEEL | 7307.93 | B | YES | NC | US |
| PIPES CERAMIC, REFRACTORY | 6903.1 | B | YES | NC | US |
| FLANGES OF NONALLOY STEEL | 7307.91 | B | YES | NC | US |
| COUPLINGS | 7307.99 | B | YES | NC | US |

THE INFORMATION ON THIS DOCUMENT IS TRUE AND ACCURATE AND I ASSUME THE RESPONSABILITY FOR PROVING SUCH REPRESENTATIONS. I UNDERSTAND THAT I AM LIABLE FOR ANY FALSE STATEMENTS OR MATERIAL OMISSIONS MADE ON OR IN CONNECTION WITH THIS DOCUMENT;

. I AGREE TO MAINTAIN, AND PRESENT UPON REQUEST, DOCUMENTATION NECESSARY TO SUPPORT THIS CERTIFICATE, AND TO INFORM, IN WRITING, ALL PERSONS TO WHOM THE CERTIFICATE WAS GIVEN OF ANY CHANGES THAT COULD AFFECT THE ACCURACY OR VALIDITY OF THIS CERTIFICATE;

. THE GOODS ORIGINATED IN THE TERRITORY OF ONE OR MORE OF THE PARTIES, AND COMPLY WITH THE ORIGIN REQUI-REMENTS SPECIFIED FOR THOSE GOODS IN THE NORTH AMERICAN FREE TRADE AGREEMENT, AND UNLESS SPECIFICALLY EXEMPTED IN ARTICLE 411 OR ANNEX 401, THERE HAS BEEN NO FURTHER PRODUCTION OR ANY OTHER OPERATION OUTSIDE THE TERRITORIES OF THE PARTIES; AND

THIS CERTIFICATE CONSIST OF [ 1 ] PAGES, INCLUDING ALL ATTACHMENTS.

| 11a. AUTHORIZED SIGNATURE | 11b. COMPANY<br>CONSTRUCTION FORMS INC |
|---|---|
| 11c. NAME(Print or Type)<br>SUSAN K HANSEN | 11d. TITLE<br>BILLING ADMINISTRATOR |
| 11e. DATE(DD/MM/YY)<br>21 05 08          11f. | (Voice)<br>262-284-7813 | (Fascimile)<br>262-284-7878 |

Customs form 434 (121793)

**Revenue Canada
Customs and Excise**

# CANADA CUSTOMS INVOICE

**1. Vendor (Name and Address)**

CONSTRUCTION FORMS INC
777 MARITIME DRIVE
PORT WASHINGTON WISCONSIN   53074
U.S.A.

**2. Date of Direct Shipment to Canada**

May 21, 2008

**3. Other References (Include Purchaser's Order No.)**

98331    PO# 6027285

**4. Consignee (Name and Address)**

Inco LTD
Paste Plant - Garson Mine
Garson Mine Warehouse
Garson, Ontario
   Canada    P3L 1N6

**5. Purchaser's Name and Address (if other than Consignee)**

GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

**6. Country of Transhipment**

**7. Country of Origin of Goods**

U.S.A.

**If Shipment Includes Goods of Different Origins, Enter Origins Against Items in 12.**

**8. Transportation: Give Mode and Place of Direct Shipment to Canada**

Keystone

**9. Conditions of Sale and Terms of Payment (i.e. Sale, Consignment Shipment, Leased Goods, etc.)**

NET 30 DAYS

**10. Currency of Settlement**

U.S. DOLLARS

| 11. No. of Pkgs. | 12. Specification of Commodities (Kind of Packages, Marks and Numbers, General Description and Characteristics, i.e. Grade, Quality) | 13. Quantity (State Unit) | Selling Price | |
|---|---|---|---|---|
| | | | 14. Unit Price | 15. Total |
| | 35 Pieces of 20' Pipe<br><br><br>See attached Commercial<br>Invoice | | | |

**18.** If any of fields 1 to 17 are included on an attached commercial invoice, check this box  ☐

Commercial Invoice No.  98331

| **16. Total Weight** | | **17. Invoice Total** |
|---|---|---|
| Net  43,856# | Gross  43,856# | $77,105.00 |

**19. Exporter's Name and Address (if other than Vendor)**

**20. Originator (Name and Address)**

CONSTRUCTION FORMS INC
777 MARITIME DRIVE
PORT WASHINGTON WI 53074 U.S.A.

**21. Departmental Ruling (if applicable)**

**22.** If fields 23 to 25 are not applicable, check this box  ☒

**23. If included in field 17 indicate amount:**

(i) Transportation charges, expenses and insurance from the place of direct shipment to Canada

$_____

(ii) Costs for construction, erection and assembly incurred after importation into Canada

$_____

(iii) Export packing

$_____

**24. If not included in field 17 indicate amount:**

(i) Transportation charges, expenses and insurance to the place of direct shipment to Canada

$_____

(ii) Amounts for commissions other than buying commissions

$_____

(iii) Export packing

$_____

**25. Check (if applicable):**

(i) Royalty payments or subsequent proceeds are paid or payable by the purchaser

☐

(ii) The purchaser has supplied goods or services for use in the production of these goods

☐

```
·BC···· m:    98331          Date: 05/21/08         Page:  1 of  1
Pro·····n:                                    Shipper Num:
C.·····r: Keystone                            Carrier Num:
     Veh:                                              FOB:
   Route:
```

---

```
Consignor                      |Consignee
 CONSTRUCTION FORMS, INC.       | INCO LTD
 777 MARITIME DRIVE             | PASTEPLANT - GARSON MINE
 P.O. BOX 308                   | GARSON MINE WAREHOUSE
 PORT WASHINGTON WI 53074       | GARSON ON P3L 1N6
 UNITED STATES                  | CANADA
                                |
                                |
```

---

```
 Invoicee                      |Special Instructions
                               |
                               | CUST PO#6027285
                               |
                               |Order Value
                               |          0.00
                               |
                               |Shipper Per:
```

---

| LN | H | # Pkg | Pkg. Type | Package Description Marks & Exceptions | NMFC | Weight | Wt. U/M | Rate Code | Order # Refer. |
|----|---|-------|-----------|----------------------------------------|--------|---------|---------|-----------|----------------|
| 1  |   | 35    | pcs       | PIPE 20'                               | I-52090 | 43,856.0 | lbs    | 50        |                |

---

```
Tot Weight:                    43,856.0 |Freight Charges      (Collect)
# Packages:                          35 |     COD Fee
```

---

```
   COD Amt:                       0.00 |Total Charges:              0.00
```

---

```
   Carrier: Keystone               |Carrier
       PER:                        |Signature:
      Date: 04/30/08               |    Date:      /    /
```

---

If this shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight
 and all other lawful charges.

_____        5.21.08
     (Signature of consignor)                (Signature Date)

# Construction Forms, Inc.

CON FORMS (800) 223-3676 • ULTRA TECH (800) 626-8243
777 MARITIME DR. • P.O. BOX 308 • PORT WASHINGTON, WI 53074 USA • (262) 284-7800 • FAX (262) 284-7878
www.constructionforms.com

Currency: USD US DOLLAR

**BILL TO**
3091
JASMINE
GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

FAX: 705-897-2190

**SHIP TO**
10
INCO LTD
PASTEPLANT - GARSON MINE
GARSON MINE WAREHOUSE
GARSON ON P3L 1N6
CANADA

FOB: Port Washington
Delivery: FREIGHT COLLECT

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| 98331 | 6027285 | | | 0.00 | CALL WHEN READY | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| | Call Steve Horodesky when ready 705-897-0663 | | | | |
| 1 | PS8071H20W01 | PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR | | U/M: EA | |
| | 220.000 | 35.000 | 150.000 | 2,203.00000 | 77,105.00 |

**THIS INVOICE REFLECTS "NET PRICES".**
ANY QUESTIONS, PLEASE CALL AND ASK FOR SUE.
THANK YOU FOR YOUR BUSINESS!!

PLEASE REMIT TO:
CONSTRUCTION FORMS, INC.
3292 PAYSPHERE CIRCLE
CHICAGO, IL 60674

| | |
|---|---|
| SALES AMOUNT | 77,105.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 77,105.00 |

MANUAL PICK LIST

From Warehouse: PORT

Order: 98331
Bill To: 3091
JASMINE
GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

Ship To: 10
INCO LTD
PASTEPLANT - GARSON MINE
GARSON MINE WAREHOUSE
GARSON ON P3L 1N6
CANADA

Delivery Terms: CLT
Cust PO: 6027285
Slsperson: 200
Terms:  NET 30 DAYS

Print Date/Time: 05/27/08 11:02:03
Order Contact: Steve Horodesky
Taken By: JPG
Ship Via: CALL WHEN READY

| Line/Rel Item | | Description | | | | |
|---|---|---|---|---|---|---|
| Due Date U/M | Reserved | On Hand | Required | | | |
| Location | Lot | | | | Picked | Back Orde |

---------------------------------------------------------------------------

Call Steve Horodesky when ready
705-897-0663
*REPRINT*
1       PS8071H20W01                      PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR
04/30/08 EA         0.000        36.000        185.000    35   B/O 150
STOCK

Male/Female Weld Rings

Weight:          0.00
*REPRINT*
2       PS8071H20PP                        PIPE 8"NPS.719"WT SMLS 20' UT600 PE/PE
04/30/08 EA         0.000         0.000         40.000

Weight:          0.00

Total Weight:          0.00


THIS INVOICE REFLECTS "NET PRICES".
ANY QUESTIONS, PLEASE CALL AND ASK FOR SUE.
THANK YOU FOR YOUR BUSINESS!!

# Construction Forms, Inc.

CON FORMS (800) 223-3676 • ULTRA TECH (800) 626-8243
777 MARITIME DR. • P.O. BOX 308 • PORT WASHINGTON, WI 53074 USA • (262) 284-7800 • FAX (262) 284-7878
www.constructionforms.com

PAGE:      1
DATE: 05/27/08
SALESPERSON: 200
ORDER #:   98331
PO NUMBER: 6027285
SHIP VIA: CALL WHEN READY
TERMS: NET 30 DAYS

## ** COMMERCIAL INVOICE **

BILL TO:

GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

SHIP TO:

INCO LTD
PASTEPLANT - GARSON MINE
GARSON MINE WAREHOUSE
GARSON ON P3L 1N6
CANADA

FAX: 705-897-2190
PH: 705-897-0663

| LINE | ITEM | ORDERED | SHIPPED | U/M | UNIT PRICE | EXT. PRICE |
|------|------|---------|---------|-----|------------|------------|
| | ORDER TEXT: | Call Steve Horodesky when ready 705-897-0663 | | | | |
| 1 | PS8071H20W01 | 220.000 | 35.000 | EA | 2,203.00000 | 77,105.00 |
| | PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR Male/Female Weld Rings | | | | | |

I CERTIFY THIS INVOICE TO BE TRUE AND CORRECT.

SUSAN K HANSEN
BILLING ADMINISTRATOR
COMMERCIAL INVOICE
PAY IN US CURRENCY

|  |  |
|---|---|
| SALES AMOUNT | 77,105.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | 0.00 |
| TOTAL INVOICED | 77,105.00 |

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

Aproved through 12/31/96
OMB no. 1515-0204
See back of form paper-
work Reduction Act Notice.

NORTH AMERICAN FREE TRADE AGREEMENT
## CERTIFICATE OF ORIGIN

Please print or type                                    I9 CFR 181.11.181.22

| 1. EXPORTER NAME AND ADDRESS | 2. BLANKET PERIOD (DD/MM/YY) |
|---|---|
| CONSTRUCTION FORMS INC | |
| 777 MARITIME DRIVE | FROM |
| PORT WASHINGTON WISCONSIN 53074 | 1/1/2008 |
| USA | TO: |
| TAX IDENTIFICATION NUMBER:     #39-1104344 | 31/12/2008 |

| 3. PRODUCER NAME AND ADDRESS | 4. IMPORTER NAME AND ADDRESS |
|---|---|
| AVAILABLE TO CUSTOMS UPON REQUEST | GOODALL RUBBER-VAL CARON |
| | 2970 BELISLE DRIVE |
| | VAL CARON ONTARIO P3N 1B3 |
| | CANADA |
| TAX IDENTIFICATION NUMBER: | TAX IDENTIFICATION NUMBER: |

| 5<br>DESCRIPTION OF GOOD(S) | 6<br>HS TARIFF CLASSIFICATION NUMBER | 7<br>PREFERENCE CRITERION | 8<br>PRODUCER | 9<br>NET COST | 10<br>COUNTRY OF ORIGIN |
|---|---|---|---|---|---|
| PIPES OF NONALLOY STEEL | 7306.30 | B | YES | NC | US |
| PIPE BENDS OF NONALLOY STEEL | 7307.93 | B | YES | NC | US |
| PIPES CERAMIC, REFRACTORY | 6903.1 | B | YES | NC | US |
| FLANGES OF NONALLOY STEEL | 7307.91 | B | YES | NC | US |
| COUPLINGS | 7307.99 | B | YES | NC | US |

. THE INFORMATION ON THIS DOCUMENT IS TRUE AND ACCURATE AND I ASSUME THE RESPONSABILITY FOR PROVING SUCH REPRESENTATIONS. I UNDERSTAND THAT I AM LIABLE FOR ANY FALSE STATEMENTS OR MATERIAL OMISSIONS MADE ON OR IN CONNECTION WITH THIS DOCUMENT;

I AGREE TO MAINTAIN, AND PRESENT UPON REQUEST, DOCUMENTATION NECESSARY TO SUPPORT THIS CERTIFICATE, AND TO INFORM, IN WRITING, ALL PERSONS TO WHOM THE CERTIFICATE WAS GIVEN OF ANY CHANGES THAT COULD AFFECT THE ACCURACY OR VALIDITY OF THIS CERTIFICATE;

THE GOODS ORIGINATED IN THE TERRITORY OF ONE OR MORE OF THE PARTIES, AND COMPLY WITH THE ORIGIN REQUIREMENTS SPECIFIED FOR THOSE GOODS IN THE NORTH AMERICAN FREE TRADE AGREEMENT, AND UNLESS SPECIFICALLY EXEMPTED IN ARTICLE 411 OR ANNEX 401, THERE HAS BEEN NO FURTHER PRODUCTION OR ANY OTHER OPERATION OUTSIDE THE TERRITORIES OF THE PARTIES; AND

THIS CERTIFICATE CONSIST OF           1           PAGES, INCLUDING ALL ATTACHMENTS,

| 11a. AUTHORIZED SIGNATURE | 11b.COMPANY |
|---|---|
| *[signature]* | CONSTRUCTION FORMS INC |
| 11c. NAME(Print or Type) | 11d. TITLE |
| SUSAN K HANSEN | BILLING ADMINISTRATOR |
| 11e. DATE(DD/MM/YY)          11f. | (Voice)          (Fascimile) |
| 27 05 08 | 262-284-7813          262-284-7878 |

Customs form 434 (121793)

Revenue Canada
Customs and Excise

# CANADA CUSTOMS INVOICE

Page      of

**1. Vendor (Name and Address)**

CONSTRUCTION FORMS INC
777 MARITIME DRIVE
PORT WASHINGTON WISCONSIN  53074
U.S.A.

**2. Date of Direct Shipment to Canada**

May 27, 2008

**3. Other References (Include Purchaser's Order No.)**

98331 PO# 6027280

**4. Consignee (Name and Address)**

INCO LTD
Paste Plant - Garson Mine
Garson Mine Warehouse
GARSON, ONTARIO
CANADA  P3L 1NG

**5. Purchaser's Name and Address (if other than Consignee)**

GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

**6. Country of Transhipment**

**7. Country of Origin of Goods**

U.S.A.

**If Shipment Includes Goods of Different Origins, Enter Origins Against Items in 12.**

**8. Transportation: Give Mode and Place of Direct Shipment to Canada**

Keystone

**9. Conditions of Sale and Terms of Payment (i.e. Sale, Consignment Shipment, Leased Goods, etc.)**

NET 30 DAYS

**10. Currency of Settlement**

U.S. DOLLARS

| 11. No. of Pkgs. | 12. Specification of Commodities (Kind of Packages, Marks and Numbers, General Description and Characteristics, i.e. Grade, Quality) | 13. Quantity (State Unit) | 14. Unit Price | 15. Total |
|---|---|---|---|---|
| | 35 Pieces of  20' Pipe<br><br>See attached Commerical Invoice | | | |

**18. If any of fields 1 to 17 are included on an attached commercial invoice, check this box** ☐

Commercial Invoice No. 98331

**16. Total Weight**

Net 43856#

Gross 43856#

**17. Invoice Total**

$77,105.00

**19. Exporter's Name and Address (if other than Vendor)**

**20. Originator (Name and Address)**

CONSTRUCTION FORMS INC
777 MARITIME DRIVE
PORT WASHINGTON WI 53074 U.S.A.

**21. Departmental Ruling (if applicable)**

**22. If fields 23 to 25 are not applicable, check this box** XXX

**23. If included in field 17 indicate amount:**

(i) Transportation charges, expenses and insurance from the place of direct shipment to Canada
$

(ii) Costs for construction, erection and assembly incurred after importation into Canada
$

(iii) Export packing
$

**24. If not included in field 17 indicate amount:**

(i) Transportation charges, expenses and insurance to the place of direct shipment to Canada
$

(ii) Amounts for commissions other than buying commissions
$

(iii) Export packing
$

**25. Check (if applicable):**

(i) Royalty payments or subsequent proceeds are paid or payable by the purchaser ☐

(ii) The purchaser has supplied goods or services for use in the production of these goods ☐

```
BOL Num:    58331          Date: 05/21/08              Page:  1 of  1
Pro. Num:
Carrier: Keystone                        Shipper Num:
  Veh:                                    Carrier Num:
  Route:                                          FOB:
```

```
Consignor                          |Consignee
  CONSTRUCTION FORMS, INC.         |  INCO LTD
  777 MARITIME DRIVE               |  PASTEPLANT - GARSON MINE
  P.O. BOX 308                     |  GARSON MINE WAREHOUSE
  PORT WASHINGTON WI 53074         |  GARSON ON P3L 1N6
  UNITED STATES                    |  CANADA
                                   |
                                   |
```

```
Invoicee                           |Special Instructions
                                   |
                                   |  CUST PO#6027285
                                   |
                                   |Order Value
                                   |         0.00
                                   |
                                   |Shipper Per:
```

| LN | H | # Pkg | Pkg. Type | Package Description Marks & Exceptions | NMFC | Weight | Wt. U/M | Rate Code | Order # Refer. |
|----|---|-------|-----------|----------------------------------------|---------|----------|---------|-----------|----------------|
| 1 |  | 35 | pcs | PIPE 20' | I-52090 | 43,856.0 | lbs | 50 | |

```
Tot Weight:                  43,856.0 |Freight Charges        (Collect)
# Packages:                        35 |       COD Fee
```

```
  COD Amt:                      0.00 |Total Charges:               0.00
```

```
  Carrier: Keystone               |Carrier
      PER:                        |Signature:     Dah W Intrell
     Date: 05/27/08               |     Date:   24/ may / 2008
```

If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____          5 /25/ 08
     (Signature of Consignor)            (Signature Date)



# Construction Forms, Inc.

CON FORMS (800) 223-3676 • ULTRA TECH (800) 626-8243
777 MARITIME DR. • P.O. BOX 308 • PORT WASHINGTON, WI 53074 USA • (262) 284-7800 • FAX (262) 284-7878
www.constructionforms.com

Currency: USD US DOLLAR

**BILL TO**
3091
JASMINE
GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

**SHIP TO**
10
INCO LTD
PASTEPLANT - GARSON MINE
GARSON MINE WAREHOUSE
GARSON ON P3L 1N6
CANADA

FAX: 705-897-2190

FOB: Port Washington
Delivery: FREIGHT COLLECT

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| 98331 | 6027285 | | | 0.00 | CALL WHEN READY | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| | | Call Steve Horodesky when ready | | | |
| | | 705-897-0663 | | | |
| | | ---------------------------------------- | | | |
| | | Revision #1 06-06-2008 jpg | | | |
| | | | | | |
| | | Changed line #1 from Q=220 to Q=209 | | | |
| | | Changed line #2 to zero | | | |
| | | Added line 3 | | | |
| | | Added line 4 | | | |
| | | | | | |
| | | Change due to Supplier short on material | | | |
| | | production | | | |
| | | | | | |
| 1 | PS8071H20W01 | PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR | | | U/M: EA |
| | 209.000 | 35.000 | 104.000 | 2,203.00000 | 77,105.00 |

THIS INVOICE REFLECTS "NET PRICES".
ANY QUESTIONS, PLEASE CALL AND ASK FOR SUE.
THANK YOU FOR YOUR BUSINESS!!

PLEASE REMIT TO:
CONSTRUCTION FORMS, INC.
3292 PAYSPHERE CIRCLE
CHICAGO, IL 60674

| | |
|---|---|
| SALES AMOUNT | 77,105.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **77,105.00** |

M A N U A L   P I C K   L I S T

From Warehouse: PORT

*Make B.O.L.*
*TAKE TO*
*SUE.*

```
Order:   98331                    Ship To: 10
Bill To:   3091                            INCO LTD
         JASMINE                           PASTEPLANT - GARSON MINE
         GOODALL RUBBER-VAL CARON          GARSON MINE WAREHOUSE
         2970 BELISLE DR                   GARSON ON P3L 1N6
         VAL CARON ON P3N 1B3              CANADA
         CANADA
```

```
Delivery Terms: CLT              Print Date/Time: 06/06/08 08:23:21
Cust PO: 6027285                 Order Contact: Steve Horodesky
Slsperson: 200                   Taken By: JPG
Terms:   NET 30 DAYS             Ship Via: CALL WHEN READY
```

| Line/Rel Item | | Description | | | |
|---|---|---|---|---|---|
| Due Date U/M | Reserved | On Hand | Required | Picked | Back Order |
| Location | Lot | | | | |

```
         Call Steve Horodesky when ready
         705-897-0663
*REPRINT*
  1      PS8071H20W01              PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR
04/30/08 EA          0.000         36.000       150.000  35   B/O 115
STOCK

         Male/Female Weld Rings

         Weight:          0.00
*REPRINT*
  2      PS8071H20PP              PIPE 8"NPS.719"WT SMLS 20' UT600 PE/PE
04/30/08 EA          0.000          0.000        40.000

         Weight:          0.00

  Total Weight:          0.00
```

```
   THIS INVOICE REFLECTS "NET PRICES".
ANY QUESTIONS, PLEASE CALL AND ASK FOR SUE.
     THANK YOU FOR YOUR BUSINESS!!
```

# Construction Forms, Inc.

CON FORMS (800) 223-3676 • ULTRA TECH (800) 626-8243
777 MARITIME DR. • P.O. BOX 308 • PORT WASHINGTON, WI 53074 USA • (262) 284-7800 • FAX (262) 284-7878
www.constructionforms.com

```
PAGE:    1
DATE: 06/06/08
SALESPERSON: 200
ORDER #:  98331
PO NUMBER: 6027285
SHIP VIA: CALL WHEN READY
TERMS: NET 30 DAYS
```

## ** COMMERCIAL INVOICE **

```
BILL TO:                              SHIP TO:

GOODALL RUBBER-VAL CARON              INCO LTD
2970 BELISLE DR                       PASTEPLANT - GARSON MINE
VAL CARON ON P3N 1B3                  GARSON MINE WAREHOUSE
CANADA                                GARSON ON P3L 1N6
                                      CANADA
```

```
FAX: 705-897-2190
PH:  705-897-0663
```

| LINE | ITEM | ORDERED | SHIPPED | U/M | UNIT PRICE | EXT. PRICE |
|------|------|---------|---------|-----|-----------|-----------|
| | ORDER TEXT: | Call Steve Horodesky when ready 705-897-0663 | | | | |
| 1 | PS8071H20W01 | 220.000 | 35.000 | EA | 2,203.00000 | 77,105.00 |
| | PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR Male/Female Weld Rings | | | | | |
| 2 | PS8071H20PP | 40.000 | 0.000 | EA | 1,882.00000 | 00.00 |
| | PIPE 8"NPS.719"WT SMLS 20' UT600 PE/PE | | | | | |

I CERTIFY THIS INVOICE TO BE TRUE AND CORRECT.

_Susan_

SUSAN K HANSEN
BILLING ADMINISTRATOR
COMMERCIAL INVOICE
PAY IN US CURRENCY

```
SALES AMOUNT  77,105.00
   MISC CHG       0.00
   FREIGHT        0.00
 SALES TAX        0.00
   PREPAID        0.00
TOTAL INVOICED 77,105.00
```

**NORTH AMERICAN FREE TRADE AGREEMENT**
**CERTIFICATE OF ORIGIN**

Approved through 12/31/96
OMB no. 1515-0204
See back of form paper-
work Reduction Act Notice.

Please print or type                    19 CFR 181.11.181.22

| 1. EXPORTER NAME AND ADDRESS | 2. BLANKET PERIOD (DD/MM/YY) |
|---|---|
| CONSTRUCTION FORMS INC | |
| 777 MARITIME DRIVE | FROM |
| PORT WASHINGTON WISCONSIN 53074 | 1/1/2008 |
| USA | TO: |
| TAX IDENTIFICATION NUMBER:  #39-1104344 | 31/12/2008 |

| 3. PRODUCER NAME AND ADDRESS | 4. IMPORTER NAME AND ADDRESS |
|---|---|
| | GOODALL RUBBER-VAL CARON |
| AVAILABLE TO CUSTOMS UPON REQUEST | 2970 BELISLE DRIVE |
| | VAL CARON ONTARIO P3N 1B3 |
| | CANADA |
| TAX IDENTIFICATION NUMBER: | TAX IDENTIFICATION NUMBER: |

| 5<br>DESCRIPTION OF GOOD(S) | 6<br>HS TARIFF CLASSIFICATION NUMBER | 7<br>PREFERENCE CRITERION | 8<br>PRODUCER | 9<br>NET COST | 10<br>COUNTRY OF ORIGIN |
|---|---|---|---|---|---|
| PIPES OF NONALLOY STEEL | 7306.30 | B | YES | NC | US |
| PIPE BENDS OF NONALLOY STEEL | 7307.93 | B | YES | NC | US |
| PIPES CERAMIC, REFRACTORY | 6903.1 | B | YES | NC | US |
| FLANGES OF NONALLOY STEEL | 7307.91 | B | YES | NC | US |
| COUPLINGS | 7307.99 | B | YES | NC | US |

. THE INFORMATION ON THIS DOCUMENT IS TRUE AND ACCURATE AND I ASSUME THE RESPONSABILITY FOR PROVING SUCH REPRESENTATIONS. I UNDERSTAND THAT I AM LIABLE FOR ANY FALSE STATEMENTS OR MATERIAL OMISSIONS MADE ON OR IN CONNECTION WITH THIS DOCUMENT;

. I AGREE TO MAINTAIN, AND PRESENT UPON REQUEST, DOCUMENTATION NECESSARY TO SUPPORT THIS CERTIFICATE, AND TO INFORM, IN WRITING, ALL PERSONS TO WHOM THE CERTIFICATE WAS GIVEN OF ANY CHANGES THAT COULD AFFECT THE ACCURACY OR VALIDITY OF THIS CERTIFICATE;

. THE GOODS ORIGINATED IN THE TERRITORY OF ONE OR MORE OF THE PARTIES, AND COMPLY WITH THE ORIGIN REQUI-REMENTS SPECIFIED FOR THOSE GOODS IN THE NORTH AMERICAN FREE TRADE AGREEMENT, AND UNLESS SPECIFICALLY EXEMPTED IN ARTICLE 411 OR ANNEX 401, THERE HAS BEEN NO FURTHER PRODUCTION OR ANY OTHER OPERATION OUTSIDE THE TERRITORIES OF THE PARTIES; AND

THIS CERTIFICATE CONSIST OF [ 1 ] PAGES, INCLUDING ALL ATTACHMENTS.

| 11a. AUTHORIZED SIGNATURE | 11b.COMPANY |
|---|---|
| | CONSTRUCTION FORMS INC |
| 11c. NAME(Print or Type) | 11d. TITLE |
| SUSAN K HANSEN | BILLING ADMINISTRATOR |
| 11e. DATE(DD/MM/YY)   06 06 03 | 11f. | (Voice) 262-284-7813 | (Fascimile) 262-284-7878 |

Customs form 434 (121793)

Revenue Canada
Customs and Excise

| | |
|---|---|
| Page | of |

**1. Vendor (Name and Address)**

CONSTRUCTION FORMS INC
777 MARITIME DRIVE
PORT WASHINGTON WISCONSIN 53074
U.S.A.

**2. Date of Direct Shipment to Canada**

June 6 2008

**3. Other References (Include Purchaser's Order No.)**

98331    PO# 6027285

**4. Consignee (Name and Address)**

INCO LTD
Paste Plant - Garson Mine
Garson Mine Warehouse
GARSON, ONTARIO
CANADA    P3L 1N6

**5. Purchaser's Name and Address (if other than Consignee)**

GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

**6. Country of Transhipment**

**7. Country of Origin of Goods**

U.S.A.

*If Shipment includes Goods of Different Origins, Enter Origins Against Items in 12.*

**8. Transportation: Give Mode and Place of Direct Shipment to Canada**

Their Truck

**9. Conditions of Sale and Terms of Payment (i.e. Sale, Consignment Shipment, Leased Goods, etc.)**

NET 30 DAYS

**10. Currency of Settlement**

U.S. DOLLARS

| 11. No. of Pkgs. | 12. Specification of Commodities (Kind of Packages, Marks and Numbers, General Description and Characteristics, i.e. Grade, Quality) | 13. Quantity (State Unit) | 14. Unit Price | 15. Total |
|---|---|---|---|---|
| | 35 Pieces of 20' Pipe | | | |
| | See attached Commerical Invoice | | | |

**18.** If any of fields 1 to 17 are included on an attached commercial invoice, check this box ☐

Commercial Invoice No. 98331

| 16. Total Weight | | 17. Invoice Total |
|---|---|---|
| Net 43856# | Gross 43856# | $77,105 |

**19. Exporter's Name and Address (if other than Vendor)**

**20. Originator (Name and Address)**

CONSTRUCTION FORMS INC
777 MARITIME DRIVE
PORT WASHINGTON WI 53074 U.S.A.

**21. Departmental Ruling (if applicable)**

**22.** If fields 23 to 25 are not applicable, check this box ☒

**23. If included in field 17 indicate amount:**

(i) Transportation charges, expenses and insurance from the place of direct shipment to Canada

$

(ii) Costs for construction, erection and assembly incurred after importation into Canada

$

(iii) Export packing

$

**24. If not included in field 17 indicate amount:**

(i) Transportation charges, expenses and insurance to the place of direct shipment to Canada

$

(ii) Amounts for commissions other than buying commissions

$

(iii) Export packing

$

**25. Check (if applicable):**

(i) Royalty payments or subsequent proceeds are paid or payable by the purchaser ☐

(ii) The purchaser has supplied goods or services for use in the production of these goods ☐

BOL Num:   58331                                        Date: 05/21/08                         Page:   1 of  1
Pro. Num:                                                                                 Shipper Num:
Carrier: Keystone                                                                        Carrier Num:
Veh:                                                                                     FOB:
Route:

---

Consignor                                      | Consignee
CONSTRUCTION FORMS, INC.                       |  INCO LTD
777 MARITIME DRIVE                             |  PASTEPLANT - GARSON MINE
P.O. BOX 308                                   |  GARSON MINE WAREHOUSE
PORT WASHINGTON WI 53074                       |  GARSON ON P3L 1N6
UNITED STATES                                  |  CANADA

---

Invoicee                                       | Special Instructions
                                               |
                                               |  CUST PO#6027285
                                               |
                                               | Order Value
                                               |              0.00
                                               |
                                               | Shipper Per:

---

| LN | H | # Pkg | Pkg. Type | Package Description Marks & Exceptions | NMFC | Weight | Wt. U/M | Rate Code | Order # Refer. |
|----|---|-------|-----------|----------------------------------------|--------|----------|---------|-----------|----------------|
| 1  |   | 35    | pcs       | PIPE 20'                               | I-52090 | 43,856.0 | lbs     | 50        |                |

---

Tot Weight:                         43,856.0 | Freight Charges        (Collect)
# Packages:                               35 |        COD Fee

---

     COD Amt:                          0.00 | Total Charges:                    0.00

---

Carrier: Keystone                            | Carrier
     PER:                                    | Signature:
     Date: 06/06/08                          |    Date:   /

---

If this shipment is to be delivered to the consignee without recourse on the
Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight
and all other lawful charges.

_____                    6, 6, 08
     (Signature of Consignor)                      (Signature Date)

Case 2:10-cv-01049-RTR   Filed 11/23/10   Page 27 of 44   Document 1-1

# Construction Forms, Inc.

**CON FORMS** (800) 223-3676 • **ULTRA TECH** (800) 626-8243
777 MARITIME DR. • P.O. BOX 308 • PORT WASHINGTON, WI 53074 USA • (262) 284-7800 • FAX (262) 284-7878
www.constructionforms.com

INVOICE NO   US02  1134671
PAGE  1
DATE  06/10/08
SALESMAN   ULTRA TECH, SALES
INVOICE TYPE:  REGULAR INVOICE

Currency:  USD  US DOLLAR

| BILL TO | SHIP TO |
|---|---|
| 3091<br>JASMINE<br>GOODALL RUBBER-VAL CARON<br>2970 BELISLE DR<br>VAL CARON ON P3N 1B3<br>CANADA | 10<br>INCO LTD<br>PASTEPLANT - GARSON MINE<br>GARSON MINE WAREHOUSE<br>GARSON ON P3L 1N6<br>CANADA |

FAX: 705-897-2190

FOB: Port Washington
Delivery: FREIGHT COLLECT

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 98331 | 6027285 | | | 0.00 | CALL WHEN READY | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|

Call Steve Horodesky when ready
705-897-0663
----------------------------------------
Revision #1 06-06-2008 jpg

Changed line #1 from Q=220 to Q=209
Changed line #2 to zero
Added line 3
Added line 4

Change due to Supplier short on material
production

| 1 | PS8071H20W01 | PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR | U/M: EA |
|---|---|---|---|
| | 209.000 | 35.000   69.000   2,203.00000 | 77,105.00 |

THIS INVOICE REFLECTS "NET PRICES".
ANY QUESTIONS, PLEASE CALL AND ASK FOR SUE.
THANK YOU FOR YOUR BUSINESS!!

PLEASE REMIT TO:
CONSTRUCTION FORMS, INC.
3292 PAYSPHERE CIRCLE
CHICAGO, IL 60674

| | |
|---|---|
| SALES AMOUNT | 77,105.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| **TOTAL** | **77,105.00** |

# MANUAL PICK LIST

From Warehouse: PORT

Order:   98331
Bill To:   3091                              Ship To: 10
          JASMINE                                     INCO LTD
          GOODALL RUBBER-VAL CARON                    PASTEPLANT - GARSON MINE
          2970 BELISLE DR                             GARSON MINE WAREHOUSE
          VAL CARON ON P3N 1B3                        GARSON ON P3L 1N6
          CANADA                                      CANADA


Delivery Terms: CLT                  Print Date/Time: 06/11/08 08:56:40
Cust PO: 6027285                     Order Contact: Steve Horodesky
Slsperson: 200                          Taken By: JPG
Terms:   NET 30 DAYS                    Ship Via: CALL WHEN READY

| Line/Rel Item | | Description | | | | |
|---|---|---|---|---|---|---|
| Due Date U/M | Reserved | On Hand | Required | | | |
| Location | Lot | | | | Picked | Back Orde |

-------------------------------------------------------------------------

Call Steve Horodesky when ready
705-897-0663
-------------------------------------------

Revision #1 06-06-2008 jpg

Changed line #1 from Q=220 to Q=209
Changed line #2 to zero
Added line 3
Added line 4

Change due to Supplier short on material
production

*REPRINT*

| 1 | PS8071H20W01 | | PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR | | |
|---|---|---|---|---|---|
| 04/30/08 EA | 0.000 | 36.000 | 104.000 | 35 | |
| STOCK | | | | | |

Male/Female Weld Rings

Weight:          0.00

*REPRINT*

| 3 | PS8071H19W01 | | PIPE 8"NPS SCH 120 UT600 19' WR/WR | | |
|---|---|---|---|---|---|
| 04/30/08 EA | 0.000 | 0.000 | 11.000 | 0 | |

Weight:     12,969.00

*REPRINT*

| 4 | PS8071H11W01 | | PIPE 8"NPS SCH 120 UT600 11' WR/WR | | |
|---|---|---|---|---|---|
| 04/30/08 EA | 0.000 | 0.000 | 1.000 | 0 | |

```
M A N U A L   P I C K   L I S T

                    From Warehouse: PORT

   Order:   98331
   Bill To:   3091                      Ship To: 10
            JASMINE                              INCO LTD
            GOODALL RUBBER-VAL CARON             PASTEPLANT - GARSON MINE
            2970 BELISLE DR                      GARSON MINE WAREHOUSE
            VAL CARON ON P3N 1B3                 GARSON ON P3L 1N6
            CANADA                               CANADA


   Delivery Terms: CLT           Print Date/Time: 06/11/08 08:56:40
   Cust PO: 6027285               Order Contact: Steve Horodesky
   Slsperson: 200                      Taken By: JPG
   Terms:  NET 30 DAYS                 Ship Via: CALL WHEN READY

   Line/Rel Item                    Description
   Due Date U/M      Reserved     On Hand       Required
   Location      Lot                                    Picked   Back Orde
   -------------------------------------------------------------------------
          Weight:          694.00

     Total Weight:      13,663.00


     THIS INVOICE REFLECTS "NET PRICES".
   ANY QUESTIONS, PLEASE CALL AND ASK FOR SUE.
       THANK YOU FOR YOUR BUSINESS!!
```

# Construction Forms, Inc.

PAGE: 1
DATE: 06/10/08
SALESPERSON: 200
ORDER #: 98331
PO NUMBER: 6027285
SHIP VIA: CALL WHEN READY
TERMS: NET 30 DAYS

CON FORMS (800) 223-3676 • ULTRA TECH (800) 626-8243
777 MARITIME DR. • P.O. BOX 308 • PORT WASHINGTON, WI 53074 USA • (262) 284-7800 • FAX (262) 284-7878
www.constructionforms.com

## ** COMMERCIAL INVOICE **

BILL TO:

GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

SHIP TO:

INCO LTD
PASTEPLANT - GARSON MINE
GARSON MINE WAREHOUSE
GARSON ON P3L 1N6
CANADA

FAX: 705-897-2190
PH:  705-897-0663

| LINE | ITEM | ORDERED | SHIPPED | U/M | UNIT PRICE | EXT. PRICE |
|------|------|---------|---------|-----|------------|------------|
| | ORDER TEXT: | Call Steve Horodesky when ready 705-897-0663 | | | | |
| | | Revision #1 06-06-2008 jpg | | | | |
| | | Changed line #1 from Q=220 to Q=209 | | | | |
| | | Changed line #2 to zero | | | | |
| | | Added line 3 | | | | |
| | | Added line 4 | | | | |
| 1 | PS8071H20W01 | 209.000 | 35.000 | EA | 2,203.00000 | 77,105.00 |
| | PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR Male/Female Weld Rings | | | | | |

I CERTIFY THIS INVOICE TO BE TRUE AND CORRECT.

_SUSAN K HANSEN_
SUSAN K HANSEN
BILLING ADMINISTRATOR
COMMERCIAL INVOICE
PAY IN US CURRENCY

| | |
|---|---|
| SALES AMOUNT | 77,105.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | 0.00 |
| TOTAL INVOICED | 77,105.00 |

Approved through 12/31/96
OMB no. 1515-0204
See back of form paper-
work Reduction Act Notice.

# NORTH AMERICAN FREE TRADE AGREEMENT
## CERTIFICATE OF ORIGIN

Please print or type                    19 CFR 181.11.181.22

| 1. EXPORTER NAME AND ADDRESS | 2. BLANKET PERIOD (DD/MM/YY) |
|---|---|
| CONSTRUCTION FORMS INC<br>777 MARITIME DRIVE<br>PORT WASHINGTON WISCONSIN 53074<br>USA<br>TAX IDENTIFICATION NUMBER:     #39-1104344 | FROM<br>1/1/2008<br>TO:<br>31/12/2008 |

| 3. PRODUCER NAME AND ADDRESS | 4. IMPORTER NAME AND ADDRESS |
|---|---|
| AVAILABLE TO CUSTOMS UPON REQUEST<br><br>TAX IDENTIFICATION NUMBER: | GOODALL RUBBER-VAL CARON<br>2970 BELISLE DRIVE<br>VAL CARON ONTARIO P3N 1B3<br>CANADA<br>TAX IDENTIFICATION NUMBER: |

| 5<br>DESCRIPTION OF GOOD(S) | 6<br>HS TARIFF CLASSIFICATION NUMBER. | 7<br>PREFERENCE CRITERION | 8<br>PRODUCER | 9<br>NET COST | 10<br>COUNTRY OF ORIGIN |
|---|---|---|---|---|---|
| PIPES OF NONALLOY STEEL | 7306.30 | B | YES | NC | US |
| PIPE BENDS OF NONALLOY STEEL | 7307.93 | B | YES | NC | US |
| PIPES CERAMIC, REFRACTORY | 6903.1 | B | YES | NC | US |
| FLANGES OF NONALLOY STEEL | 7307.91 | B | YES | NC | US |
| COUPLINGS | 7307.99 | B | YES | NC | US |

THE INFORMATION ON THIS DOCUMENT IS TRUE AND ACCURATE AND I ASSUME THE RESPONSABILITY FOR PROVING SUCH REPRESENTATIONS. I UNDERSTAND THAT I AM LIABLE FOR ANY FALSE STATEMENTS OR MATERIAL OMISSIONS MADE ON OR IN CONNECTION WITH THIS DOCUMENT;

. I AGREE TO MAINTAIN, AND PRESENT UPON REQUEST, DOCUMENTATION NECESSARY TO SUPPORT THIS CERTIFICATE, AND TO INFORM, IN WRITING, ALL PERSONS TO WHOM THE CERTIFICATE WAS GIVEN OF ANY CHANGES THAT COULD AFFECT THE ACCURACY OR VALIDITY OF THIS CERTIFICATE;

THE GOODS ORIGINATED IN THE TERRITORY OF ONE OR MORE OF THE PARTIES, AND COMPLY WITH THE ORIGIN REQUIREMENTS SPECIFIED FOR THOSE GOODS IN THE NORTH AMERICAN FREE TRADE AGREEMENT, AND UNLESS SPECIFICALLY EXEMPTED IN ARTICLE 411 OR ANNEX 401, THERE HAS BEEN NO FURTHER PRODUCTION OR ANY OTHER OPERATION OUTSIDE THE TERRITORIES OF THE PARTIES; AND

THIS CERTIFICATE CONSIST OF     1     PAGES, INCLUDING ALL ATTACHMENTS.

| 11a. AUTHORIZED SIGNATURE | 11b. COMPANY |
|---|---|
| | CONSTRUCTION FORMS INC |
| 11c. NAME(Print or Type)<br>SUSAN K HANSEN | 11d. TITLE<br>BILLING ADMINISTRATOR |
| 11e. DATE(DD/MM/YY)<br>10 06 08 | 11f. | (Voice)<br>262-284-7813 | (Fascimile)<br>262-284-7878 |

Customs form 434 (121793)

Revenue Canada
Customs and Excise

Page ___ of ___

**1. Vendor (Name and Address)**
CONSTRUCTION FORMS INC
777 MARITIME DRIVE
PORT WASHINGTON WISCONSIN  53074
U.S.A.

**2. Date of Direct Shipment to Canada**
June 10 2008

**3. Other References (Include Purchaser's Order No.)**
98331    R # 6027285

**4. Consignee (Name and Address)**
INCO LTD
Paste Plant - Garson Mine
Garson Mine Warehouse
GARSON, ONTARIO
CANADA    P3L 1N6

**5. Purchaser's Name and Address (if other than Consignee)**
GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

**6. Country of Transhipment**

**7. Country of Origin of Goods**
U.S.A.

If Shipment Includes Goods of Different Origins, Enter Origins Against items in 12.

**8. Transportation: Give Mode and Place of Direct Shipment to Canada**
Superior Logistics Inc

**9. Conditions of Sale and Terms of Payment (i.e. Sale, Consignment Shipment, Leased Goods, etc.)**
NET 30 DAYS

**10. Currency of Settlement**
U.S. DOLLARS

| 11. No. of Pkgs. | 12. Specification of Commodities (Kind of Packages, Marks and Numbers, General Description and Characteristics, i.e. Grade, Quality) | 13. Quantity (State Unit) | 14. Unit Price | 15. Total |
|---|---|---|---|---|
| | 35 Pieces of 20' Pipe | | | |
| | See attached Commercial Invoice | | | |

**18.** If any of fields 1 to 17 are included on an attached commercial invoice, check this box ☐

Commercial Invoice No. 98331

**16. Total Weight**
Net 44000
Gross 44000

**17. Invoice Total**
$77,105.00

**19. Exporter's Name and Address (if other than Vendor)**

**20. Originator (Name and Address)**
CONSTRUCTION FORMS INC
777 MARITIME DRIVE
PORT WASHINGTON WI 53074 U.S.A.

**21. Departmental Ruling (if applicable)**

**22.** If fields 23 to 25 are not applicable, check this box ☒

**23. If included in field 17 indicate amount:**

(i) Transportation charges, expenses and insurance from the place of direct shipment to Canada
$ _____

(ii) Costs for construction, erection and assembly incurred after importation into Canada
$ _____

(iii) Export packing
$ _____

**24. If not included in field 17 indicate amount:**

(i) Transportation charges, expenses and insurance to the place of direct shipment to Canada
$ _____

(ii) Amounts for commissions other than buying commissions
$ _____

(iii) Export packing
$ _____

**25. Check (if applicable):**

(i) Royalty payments or subsequent proceeds are paid or payable by the purchaser ☐

(ii) The purchaser has supplied goods or services for use in the production of these goods ☐

# BILL OF LADING

| | |
|---|---|
| KDL Quote #: | 13642 |
| Lading #: | Bria43642 |
| Pro #: | |
| PO #: | |
| Ref #: | |
| Freight Terms: | Third Party Bill KDL |

**CARRIER NAME:** SUPERIOR LOGISTICS INC
Phone: 705-946-1950
Fax: 705-759-1950

## Origin Information:

CONTACT: ROD COLBURN
COMPANY: CONSTRUCTION FORMS

*Address:*
777 MARITIME DRIVE

Port Washington    WI   53074

PHONE: 262-284-7854-X
FAX: ROD COLBURN
HOURS: 7-2PM

*Stop Offs:*

## Destination Information:

CONTACT:
COMPANY: INCO LIMITED

*Address:*
GARSON MINE
60 MINE ROAD
GARSON                  ON  P0M1V0

PHONE: 705-691-0490,CELL
FAX: PAUL
HOURS: FRI-900AM APPOINTMENT

## Shipment Details:        P/U DATE:  6/10/2008

| | | | | | | | Hazardous Material Info | | |
|---|---|---|---|---|---|---|---|---|---|
| # | Qty | Unit | Pcs | Weight | Clas | Description | Class | UN # | Pkg |
| 1 | 35 | FLATBED | 35 | 44000 | 70 | 20 FT STEEL PIPE NO TARPS NEEDED | | | |

**Total Handling Units:        35 Pcs**        **35 Total Shipment Weight:        44,000**

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN AFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING. THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF PACKAGE UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON, CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER

*Send Freight Bill To:*

All Freight Bills Pre-Paid Third Party To the Following Address:

Keystone Dedicated Logistics
800 North Bell Ave; Bldg 6, Suite 100
Carnegie, PA   15106
Comment

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

Shipper _____        Date: _____
Driver Signature: _____        Date: _____

SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNOR WITHOUT RECOURSE THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT AND THE CARRIER SHALL NOT MAKE DELIVERY OF THE SHIPMENT WITH PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES  (SIGNATURE OF CONSIGNOR) _____

Today's Date:   6/9/2008 1

# Construction Forms, Inc.

CON FORMS (800) 223-3676 • ULTRA TECH (800) 626-8243
777 MARITIME DR. • P.O. BOX 308 • PORT WASHINGTON, WI 53074 USA • (262) 284-7800 • FAX (262) 284-7878
www.constructionforms.com

INVOICE NO  US02 1134810
PAGE  1
DATE  06/13/08
SALESMAN  ULTRA TECH, SALES
INVOICE TYPE:  REGULAR INVOICE

Currency: USD US DOLLAR

**BILL TO**
3091
JASMINE
GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

**SHIP TO**
10
INCO LTD
PASTEPLANT - GARSON MINE
GARSON MINE WAREHOUSE
GARSON ON P3L 1N6
CANADA

FOB: Port Washington
Delivery: FREIGHT COLLECT

FAX: 705-897-2190

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|--------|-------------|------|-----|--------|----------|-------|
| 98331 | 6027285 | | | 0.00 | CALL WHEN READY | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|-----------|--------------|--------------|-------------------|------------|----------------|
| | | | | | |

Call Steve Horodesky when ready
705-897-0663
----------------------------------------
Revision #1 06-06-2008 jpg

Changed line #1 from Q=220 to Q=209
Changed line #2 to zero
Added line 3
Added line 4

Change due to Supplier short on material
production

| 1 | PS8071H20W01 | | PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR | | U/M: EA |
|---|--------------|------|---------------------------------------|---|---------|
| | 209.000 | 35.000 | 34.000    2,203.00000 | | 77,105.00 |

THIS INVOICE REFLECTS "NET PRICES".
ANY QUESTIONS, PLEASE CALL AND ASK FOR SUE.
THANK YOU FOR YOUR BUSINESS!!

PLEASE REMIT TO:
CONSTRUCTION FORMS, INC.
3292 PAYSPHERE CIRCLE
CHICAGO, IL 60674

| | |
|---|---|
| SALES AMOUNT | 77,105.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 77,105.00 |

```
                M A N U A L   P I C K   L I S T

                    From Warehouse: PORT

    Order:    98331
    Bill To:   3091                     Ship To: 10
        JASMINE                             INCO LTD
        GOODALL RUBBER-VAL CARON            PASTEPLANT - GARSON MINE
        2970 BELISLE DR                     GARSON MINE WAREHOUSE
        VAL CARON ON P3N 1B3                GARSON ON P3L 1N6
        CANADA                              CANADA


Delivery Terms: CLT              Print Date/Time: 06/13/08 09:29:26
Cust PO: 6027285                 Order Contact: Steve Horodesky
Slsperson: 200                   Taken By: JPG
Terms:   NET 30 DAYS             Ship Via: CALL WHEN READY

Line/Rel Item                         Description
Due Date U/M      Reserved      On Hand      Required
Location         Lot                                    Picked    Back Order
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
        Call Steve Horodesky when ready
        705-897-0663
        ----------------------------------------
        Revision #1 06-06-2008 jpg

        Changed line #1 from Q=220 to Q=209        35 PCS
        Changed line #2 to zero
        Added line 3
        Added line 4                               43,856 lbs

        Change due to Supplier short on material
        production
*REPRINT*
    1      PS8071H20W01              PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR
04/30/08 EA         0.000         41.000        69.000   35 B/O 34
STOCK                                                    _____  _____

        Male/Female Weld Rings

        Weight:             0.00
*REPRINT*
    3      PS8071H19W01              PIPE 8"NPS SCH 120 UT600 19' WR/WR
04/30/08 EA         0.000          0.000        11.000
                                                        _____  _____

        Weight:        12,969.00
*REPRINT*
    4      PS8071H11W01              PIPE 8"NPS SCH 120 UT600 11' WR/WR
04/30/08 EA         0.000          0.000         1.000
                                                        _____  _____
```

```
M A N U A L   P I C K   L I S T

                    From Warehouse: PORT

   Order:   98331
   Bill To:   3091                      Ship To: 10
          JASMINE                                INCO LTD
          GOODALL RUBBER-VAL CARON               PASTEPLANT - GARSON MINE
          2970 BELISLE DR                        GARSON MINE WAREHOUSE
          VAL CARON ON P3N 1B3                   GARSON ON P3L 1N6
          CANADA                                 CANADA


Delivery Terms: CLT            Print Date/Time: 06/13/08 09:29:26
Cust PO: 6027285               Order Contact: Steve Horodesky
Slsperson: 200                      Taken By: JPG
Terms:   NET 30 DAYS               Ship Via: CALL WHEN READY

Line/Rel Item                         Description
Due Date U/M      Reserved       On Hand      Required
Location        Lot                                    Picked    Back Orde
---------------------------------------------------------------------------
           Weight:        694.00

      Total Weight:     13,663.00


   THIS INVOICE REFLECTS "NET PRICES".
ANY QUESTIONS, PLEASE CALL AND ASK FOR SUE.
      THANK YOU FOR YOUR BUSINESS!!
```

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

Approved through 12/31/96
OMB no. 1515-0204
See back of form paper-
work Reduction Act Notice.

## NORTH AMERICAN FREE TRADE AGREEMENT
## CERTIFICATE OF ORIGIN

Please print or type                    19 CFR 181.11.181.22

| 1. EXPORTER NAME AND ADDRESS | 2. BLANKET PERIOD (DD/MM/YY) |
|---|---|
| CONSTRUCTION FORMS INC<br>777 MARITIME DRIVE<br>PORT WASHINGTON WISCONSIN 53074<br>USA<br>TAX IDENTIFICATION NUMBER:  #39-1104344 | FROM<br>1/1/2008<br><br>TO:<br>31/12/2008 |

| 3. PRODUCER NAME AND ADDRESS | 4. IMPORTER NAME AND ADDRESS |
|---|---|
| AVAILABLE TO CUSTOMS UPON REQUEST<br><br>TAX IDENTIFICATION NUMBER: | GOODALL RUBBER-VAL CARON<br>2970 BELISLE DRIVE<br>VAL CARON ONTARIO P3N 1B3<br>CANADA<br>TAX IDENTIFICATION NUMBER: |

| 5<br>DESCRIPTION OF GOOD(S) | 6<br>HS TARIFF CLASSIFICATION NUMBER | 7<br>PREFERENCE CRITERION | 8<br>PRODUCER | 9<br>NET COST | 10<br>COUNTRY OF ORIGIN |
|---|---|---|---|---|---|
| PIPES OF NONALLOY STEEL | 7306.30 | B | YES | NC | US |
| PIPE BENDS OF NONALLOY STEEL | 7307.93 | B | YES | NC | US |
| PIPES  CERAMIC, REFRACTORY | 6903.1 | B | YES | NC | US |
| FLANGES OF NONALLOY STEEL | 7307.91 | B | YES | NC | US |
| COUPLINGS | 7307.99 | B | YES | NC | US |

THE INFORMATION ON THIS DOCUMENT IS TRUE AND ACCURATE AND I ASSUME THE RESPONSABILITY FOR PROVING SUCH REPRESENTATIONS. I UNDERSTAND THAT I AM LIABLE FOR ANY FALSE STATEMENTS OR MATERIAL OMISSIONS MADE ON OR IN CONNECTION WITH THIS DOCUMENT;

. I AGREE TO MAINTAIN, AND PRESENT UPON REQUEST, DOCUMENTATION NECESSARY TO SUPPORT THIS CERTIFICATE, AND TO INFORM, IN WRITING, ALL PERSONS TO WHOM THE CERTIFICATE WAS GIVEN OF ANY CHANGES THAT COULD AFFECT THE ACCURACY OR VALIDITY OF THIS CERTIFICATE;

THE GOODS ORIGINATED IN THE TERRITORY OF ONE OR MORE OF THE PARTIES, AND COMPLY WITH THE ORIGIN REQUIREMENTS SPECIFIED FOR THOSE GOODS IN THE NORTH AMERICAN FREE TRADE AGREEMENT, AND UNLESS SPECIFICALLY EXEMPTED IN ARTICLE 411 OR ANNEX 401, THERE HAS BEEN NO FURTHER PRODUCTION OR ANY OTHER OPERATION OUTSIDE THE TERRITORIES OF THE PARTIES; and

THIS CERTIFICATE CONSIST OF          1          PAGES, INCLUDING ALL ATTACHMENTS.

| 11a. AUTHORIZED SIGNATURE | 11b. COMPANY<br>CONSTRUCTION FORMS INC |
|---|---|
| 11c. NAME(Print or Type)<br>SUSAN K HANSEN | 11d. TITLE<br>BILLING ADMINISTRATOR |
| 11e. DATE(DD/MM/YY)<br>13 06 08                    11f. | (Voice)<br>262-284-7813 | (Fascimile)<br>262-284-7878 |

Customs form 434 (121793)

Revenue Canada
Customs and Excise

| Page | of |

**1. Vendor (Name and Address)**

CONSTRUCTION FORMS INC
777 MARITIME DRIVE
PORT WASHINGTON WISCONSIN 53074
U.S.A.

**2. Date of Direct Shipment to Canada**

June 13, 2008

**3. Other References (Include Purchaser's Order No.)**

98331    PO# 6027285

**4. Consignee (Name and Address)**

INCO LTD
Paste Plant - Garson Mine
Garson Mine Warehouse
GARSON, ONTARIO
CANADA    P3L 1N6

**5. Purchaser's Name and Address (if other than Consignee)**

GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

**6. Country of Transhipment**

**7. Country of Origin of Goods**

U.S.A.

If Shipment Includes Goods of Different Origins, Enter Origins Against Items in 12.

**8. Transportation: Give Mode and Place of Direct Shipment to Canada**

Customs Truck

**9. Conditions of Sale and Terms of Payment (i.e. Sale, Consignment Shipment, Leased Goods, etc.)**

NET 30 DAYS

**10. Currency of Settlement**

U.S. DOLLARS

| 11. No. of Pkgs. | 12. Specification of Commodities (Kind of Packages, Marks and Numbers, General Description and Characteristics, i.e. Grade, Quality) | 13. Quantity (State Unit) | Selling Price | |
|---|---|---|---|---|
| | | | 14. Unit Price | 15. Total |
| | 35 Pieces of 20' Pipe  See attached Commerical Invoice | | | |

**18.** If any of fields 1 to 17 are included on an attached commercial invoice, check this box ☐

Commercial Invoice No. 98331

| 16. Total Weight | | 17. Invoice Total |
|---|---|---|
| Net 43,856# | Gross 43,856# | $77,105.00 |

**19. Exporter's Name and Address (if other than Vendor)**

**20. Originator (Name and Address)**

CONSTRUCTION FORMS INC
777 MARITIME DRIVE
PORT WASHINGTON WI 53074 U.S.A.

**21. Departmental Ruling (if applicable)**

**22.** If fields 23 to 25 are not applicable, check this box  XXX

| 23. If included in field 17 indicate amount: | 24. If not included in field 17 indicate amount: | 25. Check (if applicable): |
|---|---|---|
| (i) Transportation charges, expenses and insurance from the place of direct shipment to Canada  $_____ | (i) Transportation charges, expenses and insurance to the place of direct shipment to Canada  $_____ | (i) Royalty payments or subsequent proceeds are paid or payable by the purchaser  ☐ |
| (ii) Costs for construction, erection and assembly incurred after importation into Canada  $_____ | (ii) Amounts for commissions other than buying commissions  $_____ | |
| (iii) Export packing  $_____ | (iii) Export packing | (ii) The purchaser has supplied goods or services for use in the production of these goods  ☐ |

From:
CONSTRUCTION FORMS, INC.
777 MARITIME DRIVE
P.O. BOX 308
PORT WASHINGTON WI 53074
UNITED STATES
262-284-7800

Bill To: 3091                    Ship To: (10)
JASMINE                          INCO LTD
GOODALL RUBBER-VAL CARON         PASTEPLANT - GARSON MINE
2970 BELISLE DR                  GARSON MINE WAREHOUSE
VAL CARON ON P3N 1B3             GARSON ON P3L 1N6
CANADA                           CANADA

Order Contact:  Steve Horodesky
====================================================================
Pack Date  Order #  Cust PO          Ship Via              Weight  Pkgs #
---------  -------  ----------------  ----------------     -------  -----
06/13/08    98331   6027285           CALL WHEN READY        0.00     0

====================================================================
Line/Rel  Item                        U/M       Qty Ordered   Qty To Pack
--------  ------------------------    -------   -----------   -----------
   1      PS8071H20W01                EA          209.000        35.000
          PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR
          Male/Female Weld Rings

```
BOLNum:    98331                    Date: 05/21/08          Page:  1 of  1
P.O. Num:                                                Shipper Num:
Carrier: Keystone                                       Carrier Num:
   Veh:                                                          FOB:
 Route:
```

```
Consignor                          |Consignee
 CONSTRUCTION FORMS, INC.          | INCO LTD
 177 MARITIME DRIVE                | PASTEPLANT - GARSON MINE
 P.O. BOX 308                      | GARSON MINE WAREHOUSE
 PORT WASHINGTON WI 53074          | GARSON ON P3L 1N6
 UNITED STATES                     | CANADA
                                   |
                                   |
```

```
Invoicee                           |Special Instructions
                                   |
                                   | CUST PO#6027285
                                   |
                                   |Order Value
                                   |        0.00
                                   |
                                   |Shipper Per:
```

| LN | H | # Pkg | Pkg. Type | Package Description Marks & Exceptions | NMFC | Weight | Wt. U/M | Rate Code | Order # Refer. |
|----|---|-------|-----------|----------------------------------------|--------|----------|---------|-----------|----------------|
| 1  |   | 35    | pcs       | PIPE 20                                | I-52090 | 43,856.0 | lbs     | 50        |                |

```
Tot  Weight:                    43,856.0 |Freight Charges        (Collect)
# Packages:                           35 |      COD Fee
```

```
  COD Amt:                       0.00 |Total Charges:                0.00
```

```
Carrier: Keystone                  |Carrier
     PER:                          |Signature: X Fred Penn
    Date: 06/13/08                 |    Date:   /   /
```

If this shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight
and all other lawful charges.

_____                    6 13 08
     (Signature of Consignor)                    (Signature Date)

# Construction Forms, Inc.

CON FORMS (800) 223-3676 • ULTRA TECH (800) 626-8243
777 MARITIME DR. • P.O. BOX 308 • PORT WASHINGTON, WI 53074 USA • (262) 284-7800 • FAX (262) 284-7878
www.constructionforms.com

| INVOICE NO | US02 1134927 |
|---|---|
| PAGE | 1 |
| DATE | 06/17/08 |
| SALESMAN | ULTRA TECH, SALES |
| INVOICE TYPE: | REGULAR INVOICE |

Currency: USD US DOLLAR

**BILL TO**
3091
JASMINE
GOODALL RUBBER-VAL CARON
2970 BELISLE DR
VAL CARON ON P3N 1B3
CANADA

FAX: 705-897-2190

**SHIP TO**
10
INCO LTD
PASTEPLANT - GARSON MINE
GARSON MINE WAREHOUSE
GARSON ON P3L 1N6
CANADA

FOB: Port Washington
Delivery: FREIGHT COLLECT

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 98331 | 6027285 | | | 0.00 | CALL WHEN READY | NET 30 DAYS |

| LINE/REL. | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | Call Steve Horodesky when ready | | | | |
| | 705-897-0663 | | | | |
| | ---------------------------------------- | | | | |
| | Revision #1 06-06-2008 jpg | | | | |
| | | | | | |
| | Changed line #1 from Q=220 to Q=209 | | | | |
| | Changed line #2 to zero | | | | |
| | Added line 3 | | | | |
| | Added line 4 | | | | |
| | | | | | |
| | Change due to Supplier short on material | | | | |
| | production | | | | |
| | | | | | |
| 1 | PS8071H20W01 | PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR | | | U/M: EA |
| | 209.000 | 31.000 | 3.000 | 2,203.00000 | 68,293.00 |
| 3 | PS8071H19W01 | PIPE 8"NPS SCH 120 UT600 19' WR/WR | | | U/M: EA |
| | 11.000 | 4.000 | 7.000 | 2,093.00000 | 8,372.00 |

**PLEASE REMIT TO:**
CONSTRUCTION FORMS, INC.
3292 PAYSPHERE CIRCLE
CHICAGO, IL 60674

THIS INVOICE REFLECTS "NET PRICES".
ANY QUESTIONS, PLEASE CALL AND ASK FOR SUE.
THANK YOU FOR YOUR BUSINESS!!

| | |
|---|---|
| SALES AMOUNT | 76,665.00 |
| MISC CHG | 0.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 76,665.00 |

MANUAL PICK LIST

From Warehouse: PORT

Order:    98331
Bill To:    3091                            Ship To: 10
          JASMINE                                     INCO LTD
          GOODALL RUBBER-VAL CARON                    PASTEPLANT - GARSON MINE
          2970 BELISLE DR                             GARSON MINE WAREHOUSE
          VAL CARON ON P3N 1B3                        GARSON ON P3L 1N6
          CANADA                                      CANADA

Delivery Terms: CLT              Print Date/Time: 06/17/08 10:39:44
Cust PO: 6027285                 Order Contact: Steve Horodesky
Slsperson: 200                   Taken By: JPG
Terms:  NET 30 DAYS              Ship Via: CALL WHEN READY

Line/Rel Item                        Description
Due Date U/M        Reserved      On Hand      Required
Location        Lot                                         Picked    Back Orde
------------------------------------------------------------------------------
          Call Steve Horodesky when ready
          705-897-0663
          ----------------------------------------
          Revision #1 06-06-2008 jpg

          Changed line #1 from Q=220 to Q=209
          Changed line #2 to zero
          Added line 3
          Added line 4

          Change due to Supplier short on material
          production
*REPRINT*
    1       PS8071H20W01            PIPE 8"NPS.719"WT SMLS 20'UT600 WR/WR
04/30/08 EA          0.000        39.000        34.000    34 31
STOCK

          Male/Female Weld Rings

          Weight:            0.00
*REPRINT*
    3       PS8071H19W01            PIPE 8"NPS SCH 120 UT600 19' WR/WR
04/30/08 EA          0.000         0.000        11.000     4

          Weight:        12,969.00
*REPRINT*
    4       PS8071H11W01            PIPE 8"NPS SCH 120 UT600 11' WR/WR
04/30/08 EA          0.000         0.000         1.000     0

                        Per  Rod Colburn

          74,894 #

```
                    M A N U A L    P I C K    L I S T

                       From Warehouse: PORT

     Order:    98331
 Bill To:      3091                      Ship To: 10
               JASMINE                            INCO LTD
               GOODALL RUBBER-VAL CARON            PASTEPLANT - GARSON MINE
               2970 BELISLE DR                     GARSON MINE WAREHOUSE
               VAL CARON ON P3N 1B3                GARSON ON P3L 1N6
               CANADA                              CANADA


 Delivery Terms: CLT              Print Date/Time: 06/17/08 10:39:44
 Cust PO: 6027285                 Order Contact: Steve Horodesky
 Slsperson: 200                   Taken By: JPG
 Terms:  NET 30 DAYS              Ship Via: CALL WHEN READY

 Line/Rel Item                        Description
 Due Date U/M       Reserved      On Hand     Required
 Location      Lot                                         Picked    Back Orde
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
           Weight:         694.00

    Total Weight:      13,663.00


   THIS INVOICE REFLECTS "NET PRICES".
 ANY QUESTIONS, PLEASE CALL AND ASK FOR SUE.
      THANK YOU FOR YOUR BUSINESS!!
```